

## United States District Court
## For the District of Columbia
### 333 Constitution Avenue, NW
### Washington, D.C. 20001
#### Date: 6/21/07

United States District Court
Southern District of Texas
RECEIVED

JUN 2 6 2007

Michael N. Milby, Clerk of Court

B-99-CR-024

*Nancy Mayer-Whittington*
*Clerk of the Court*
Address of Other Court: United States District Court
1158 Federal Bldg and U.S. Courthouse
600 East Harrison Street
Brownsville, TX. 78520

**FILED**

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 07-176M Allen Jiomar Mejia-Portillo

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Pet for Warrant | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 6/19/07, 5/2/07, 5/1/07, 4/30/07 and 4/25/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk